JUDGE HELLERSTEIN'S DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARYN A. HARRIS,                               Plaintiff,

08 CV 6939

Case No. _____

-v-

DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, OFFICE OF THE CHIEF MEDICAL
EXAMINER,                                      Defendant.

RECEIVED
AUG 0 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_____PLAINTIFF_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. NON- CORPORATE

Date: AUGUST 4, 2008

_____
Signature of Attorney

Attorney Bar Code: NB 0874

Form Rule7_1.pdf  SDNY Web 10/2007