AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Taryn A. Harris,

**SUMMONS IN A CIVIL ACTION**

V.

Department of Health and Mental Hygiene, Office of the Chief Medical Examiner.

CASE NUMBER  

JUDGE HELLERSTEIN

TO: (Name and address of Defendant)

> The Department of Health and Mental Hygiene
> Office of the Chief Medical Examiner
> 520 First Avenue
> New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> The Law Offices of Neal Brickman, P.C.
> 317 Madison Avenue, 21st FL
> New York, NY 10017

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          AUG 0 4 2008

CLERK                                       DATE

*Catherine Lapsley*

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
TARYN A. HARRIS                           :
              Plaintiff,            Case No.08 CV 6939 (AKH)
    - against -
                               **AFFIDAVIT OF SERVICE**

                               :

DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, OFFICE OF THE CHIEF
MEDICAL EXAMINER.
                               :
              Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
COUNTY OF NEW YORK  } ss.:

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That at 12:55 p.m. on August 25, 2008, he served the within SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents upon a Ms. Amanda Gonzales, a Docketing Clerk for the City of New York law Department of NYC, at the following address:

        City of New York Law Department
        of NYC
        100 Church Street-4th Fl
        New York, NY 10007

The service copies of the SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents were received by a Ms. Amanda Gonzales, who was authorized to accept service on behalf of the City of New York Law Department of NYC. Ms. Gonzales, is a female of Spanish descent, and she has brown eyes with glasses and black hair. She is approximately 5 feet 5 inches tall and approximately weighs 130 pounds. Ms. Gonzales is approximately 25 years of age.

                                                    IDRIS MAHMOUD
                                                    LIC# 1151131

Sworn to before me this
25th day of August, 2008

_____
NOTARY PUBLIC

                          JACQUELYN E. FORD
                   Notary Public, State of New York
                            No. 01FO4851616
                    Qualified in Orange County
             Commission Expires February 3, 20 10