UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
TARYN A. HARRIS

     Plaintiff,    Case No.08 CV 6939 (AKH)

  - against -

            **AFFIDAVIT OF SERVICE**

DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, OFFICE OF THE CHIEF
MEDICAL EXAMINER.

     Defendants.
- - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
COUNTY OF NEW YORK } ss.:

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That at 12:04 p.m. on August 25, 2008, he served the within SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents upon a Ms. Abby Rivera, a Executive Assistant for Department of Health and Mental Hygiene, Office of the Chief Medical Examiner, at the following address:

> The Department of Health and Mental Hygiene, Office
> of the Chief Medical Examiner
> 520 First Avenue
> New York, NY 10016

The service copies of the SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents were received by a Ms. Abby Rivera, who was authorized to accept service on behalf of The Department of Health and Mental Hygiene, Office of the Chief Medical Examiner. Ms. Rivera, is a female of Spanish descent, and she has brown eyes and black hair. She is approximately 5 feet 5 inches tall and approximately weighs 130 pounds. Ms. Rivera is approximately 40 years of age.

              _____
              IDRIS MAHMOUD
              LIC# 1151131

Sworn to before me this
25th day of August, 2008

_____
NOTARY PUBLIC

JACQUELYN E. FORD
Notary Public, State of New York
No. 01FO4851616
Qualified in Orange County
Commission Expires February 3, 20 10